# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2019 KW 1466

VERSUS

FREDERICK JOHNESE                                    JAN 0 6 2020

---

In Re:    Frederick Johnese, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-14-0929.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED AS MOOT.**  The record of the Clerk of Court of East Baton Rouge Parish reflects the district court acted on and denied relator's "Motion for Enforcement of Plea Bargain Agreement" on December 17, 2019.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

[signature]

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.